\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | : | |
| Salvatore M. Bombardiere, Sr., | | |
| | : | Civil Action 2:07-cv-887 |
| Plaintiff | | |
| | : | Judge Marbley |
| v. | | |
| | : | Magistrate Judge Abel |
| State of Ohio, *et al.*, | | |
| | : | |
| Defendants | | |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 8, 2008 Order, the Defendant, State of Ohio's September 4, 2007 motion to dismiss is GRANTED.  Judgment entered for the Defendant, State of Ohio.

Date:  **September 8, 2008**                                    **James Bonini, Clerk**

                                                                    s/Betty L. Clark
                                                                    Betty L. Clark/Deputy Clerk